**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN W. WALLACE,

        Plaintiff,

  v.

U.S. GOVERNMENT, et al.,

        Defendants.

                      /

No. C 06-80313 MISC-SI
No. C 06-80314 MISC-SI
No. C 06-80315 MISC-SI

**PRE-FILING REVIEW ORDER:
COMPLAINTS NOT ACCEPTED FOR
FILING**

     On November 8, 2006, plaintiff filed three complaints in this Court.  In accordance with the Court's August 19, 2004 Order Granting Defendant's Request for Pre-Filing Review Order, the Court reviewed plaintiff's complaints to determine whether they should be accepted for filing.  The Court concludes that plaintiff's complaints are incoherent and fail to state a claim upon which relief can be granted.  Accordingly, plaintiff's complaints in the above-listed cases shall not be accepted for filing, and plaintiff's applications to proceed *in forma pauperis* are DENIED as moot.

     **IT IS SO ORDERED.**

Dated: November 21, 2006

                                                          
SUSAN ILLSTON
United States District Judge